THOMAS THORNTON v. POTAMKIN CHEVROLET.

January 11, 1983.

Certification to the Division on Civil Rights is granted.

IN RE ASBESTOS LITIGATION PENDING IN THE SUPERIOR
COURT OF NEW JERSEY.

January 12, 1983.

Leave to appeal and to modify the stay is granted, the December 27, 1982 orders of the Appellate Division are vacated, and the within matter is remanded to the Hon. John E. Keefe, J.S.C., for further proceedings consistent with his order and opinion of September 24, 1982 and October 15, 1982, which proceedings shall include, but not be limited to, discovery and related pretrial activities; provided, however, that no asbestos case shall be tried except on application to Judge Keefe for good cause shown. Jurisdiction is not retained.

STATE OF NEW JERSEY v. HAROLD LOVE.

January 24, 1983.

The parties to this matter having stipulated to a dismissal of the within appeal it is ORDERED that the appeal in this matter be and hereby is dismissed. (See 91 *N.J.* 217 (1982))